

**MEMO ENDORSED**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KEVIN YAN LUIS, on behalf of herself and all others similarly situated,

        Plaintiffs,

-against-

LIQUID-IV, INC.,

        Defendant.

Case No. 1:22-cv-9062

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against Defendant LIQUID-IV, INC. shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Jericho, New York
             January 18, 2023

                                            Respectfully Submitted,

                                            **/s/ Noor A. Saab**
                                            By: Noor A. Saab Esq.
                                            380 North Broadway, Suite 300
                                            Jericho, New York 11753
                                            Tel (718)740-5060
                                            Fax (718)709-5912

```
The Clerk of Court is directed to terminate all pending motions,
adjourn all remaining dates, and close this case.



Dated:    January 18, 2023
          New York, New York
```

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE